JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Healthcare Ally Management of California, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>Kyocera SGS Precision Tools, Inc., et al and DOES 1-10,<br><br>                    Defendants. | Case No.: CV 23-423-MWF(RAOx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Based on the Stipulation of Defendant, Kyocera SGS Precision Tools, Inc, and Plaintiff, Healthcare Ally management of California, LLC,

It is **HEREBY ORDERED** as follows:

1. The above-entitled action, Case No. 2:23-cv-00423-MWF-RAO, is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1); and
2. Each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: March 22, 2023

MICHAEL W. FITZGERALD
United States District Judge